

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>814041<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: HOME POINT FINANCIAL CORPORATION | Order Filed on March 25, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In Re:<br><br>MIREILLE CHAM | Case No: 18-25670 - SLM<br><br>Hearing Date: 03/13/2019<br><br>Judge: STACEY L. MEISEL |

## CONSENT ORDER RESOLVING DEBTOR'S MOTION TO ENFORE LOAN MODIFICATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 25, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NJID 814041**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for HOME POINT FINANCIAL CORPORATION</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    MIREILLE CHAM                          CASE NO. 18-25670 - SLM

                                                  CHAPTER 13

  Debtor                                   CONSENT ORDER RESOLVING
                                                  DEBTOR'S MOTION TO ENFORCE

                                                  HEARING DATE: 03/13/2019

      This Consent Order pertains to the property located at 1 GRANT COURT, AUGUSTA, NJ 07822, mortgage account ending with "6340";

      THIS MATTER having been brought before the Court by, SUTTON, DEAN G., Esquire attorney for debtor, MIREILLE CHAM upon the filing of a Motion to Enforce Loan Modification, HOME POINT FINANCIAL CORPORATION by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to Debtor's Motion to Enforce Loan Modification and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

      IT IS on the _____ day of _____, 2019, ORDERED as follows:

      1.    Secured Creditor demands strict compliance with all terms set forth in the trial modification. In the event Debtor fails to comply with all terms set forth in the trial loan modification Secured Creditor retains the right to rescind the loan modification offered to Debtor.

      2.    Upon successful completion of the trial loan modification a permanent, final loan modification will be offered to the Debtor.

      3.    Until successful completion of the trial period, Secured Creditor's trial loan modification is simply an offer that must be fully complied with in order for Debtor to be offered a final, permanent loan modification.

4. Debtor's February 1, 2019 trial period payment must be accepted by Secured Creditor and regarded as timely. Delay in the transmission of the payment was solely caused by Debtor's pending Motion to Enforce Loan Modification and resolution of same.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
HOME POINT FINANCIAL CORPORATION

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

    Dated: 3/8/2019

/s/ SUTTON, DEAN G _____    Dated: 3/15/2019
SUTTON, DEAN G., Esquire
Attorney for debtor